1

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9                       WESTERN DIVISION

10

11   KENNETH HARRY DONNEY,            )  No. CV 10-06425-DOC (VBK)
                                      )
12                  Petitioner,       )  ORDER (1) ACCEPTING AND ADOPTING
                                      )  THE REPORT AND RECOMMENDATION OF
13        v.                          )  THE UNITED STATES MAGISTRATE
                                      )  JUDGE, AND (2) DISMISSING THE
14   MATTHEW CATE, et al.,            )  PETITION FOR WRIT OF HABEAS
                                      )  CORPUS
15                  Respondents.      )
                                      )
16

17        Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review

18   of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19   Answer, Petitioner's Reply, all of the records herein and the Report

20   and Recommendation of the United States Magistrate Judge ("Report").

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1    **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

2  and Recommendation, (2) the Court declines to issue a Certificate of

3  Appealability ("COA");[1] and (3) Judgment be entered denying and

4  dismissing the Petition with prejudice.

5

6  DATED: April 11, 2011

   _David O. Carter_

   DAVID O. CARTER
7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20  _____

21    [1]    Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the
    applicant has made a substantial showing of the denial of a
22  constitutional right."  The Supreme Court has held that, to obtain a
    Certificate of Appealability under §2253(c), a habeas petitioner must
23  show that "reasonable jurists could debate whether (or, for that
    matter, agree that) the petition should have been resolved in a
24  different manner or that the issues presented were 'adequate to
    deserve encouragement to proceed further'."  Slack v. McDaniel, 529
25  U.S.  473, 483-84, 120 S.Ct.  1595 (2000)(internal quotation marks
    omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct.
26  1029 (2003).  After review of Petitioner's contentions herein, this
    Court concludes that Petitioner has not made a substantial showing of
27  the denial of a constitutional right, as is required to support the
    issuance of a COA.
28