JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH HARRY DONNEY, | ) | No. CV 10-06425-DOC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: April 11, 2011

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE